Michael Temple Risher (SBN 191627)
American Civil Liberties Union
Foundation of Northern California, Inc.
39 Drumm Street, San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Novella Y. Coleman (SBN 281632)
American Civil Liberties Union
Foundation of Northern California, Inc.
P.O. Box 188
Fresno, CA 93707
Telephone: (559) 554-2994
Email: ncoleman@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Natalie Chamberlain and Stacy Williams, | CASE No.: 14-cv-01106-MCE-MJS |
| Plaintiffs, | **Stipulation and Order to Extend Time to Submit Joint Status Report** |
| v. | |
| Margaret Mims, Fresno County Sheriff, County of Fresno, | |
| Defendants. | |

1    All parties acknowledge that Plaintiffs do not have federal-court standing and that this

2  case should not go forward in this Court. Plaintiffs' Mem. ISO Motion to Remand (ECF Doc.

3  12) at 2; Defendants' Mem. ISO Motion to Dismiss (ECF Doc. 8) at 2. Plaintiffs and Defendants

4  therefore wish to extend the time for both parties to confer and submit a joint status report,

5  currently set for September 15, 2013, until 30 days after the Court decides Plaintiffs' motion to

6  remand and Defendants' motion to dismiss, unless the Court's decision renders the case moot.

7    IT IS THEREFORE STIPULATED:

8
9    1.  The time period for Plaintiffs and Defendants to confer and submit a joint status report is
        extended until 30 days after the Court decides Plaintiffs' motion to remand and
10       Defendants' motion to dismiss.

11   2.  The parties will confer and submit a joint status report within 30 days of the Court's
        decision on Plaintiffs' motion to remand and Defendants' motion to dismiss unless the
12       Court's decision renders the case moot.

13  Defendants have authorized counsel for the Plaintiffs to sign this stipulation on their behalf.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Dated:  September 9, 2014                    Respectfully submitted,


                                            By:    /s/ Novella Y. Coleman
                                                   Novella Y. Coleman

                                            Michael T. Risher
                                            Novella Y. Coleman
                                            American Civil Liberties Union
                                            Foundation of Northern California, Inc.

                                            Attorneys for Plaintiffs

Dated:  September 9, 2014


                                            By:       /s/ Michael R. Linden
                                                      Michael R. Linden

                                            Daniel C. Cederborg, County Counsel
                                            Michael R. Linden, Deputy County Counsel
                                            Fresno County Counsel

                                            Attorneys for Defendants


                          **ORDER**

        IT IS SO ORDERED.

Dated:  September 12, 2014


        _____
        MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT

---

*CHAMBERLAIN v. MIMS,* Case No.: 14-CV-01106-MCE-MJS          Page 2
Stipulation and Proposed Order to Extend Time