DANIEL C. CEDERBORG
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – SBN 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone:  (559) 600-3479
Fax:  (559) 600-3480

Attorneys for Defendants
COUNTY OF FRESNO, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natalie Chamberlain and Stacey Williams,<br><br>            Plaintiffs,<br><br>v.<br><br>Margaret Mims, Fresno County Sheriff; County of Fresno,<br><br>            Defendants. | Case No. 1:14-cv-01106-MCE-MJS<br><br>**STIPULATION TO CONTINUE HEARING FOR MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES; ORDER THEREON** |

   Defendants COUNTY OF FRESNO and MARGARET MIMS (hereinafter "Defendants"), and plaintiffs NATALIE CHAMBERLAIN and STACEY WILLIAMS (hereinafter "Plaintiffs") hereby submit the following Stipulation to continue the hearing for Defendants' Motion for Reconsideration of the Court's order granting Plaintiffs' motion for attorney fees.  Defendants wish to continue the hearing, and Plaintiffs are willing to stipulate to continue the hearing for Defendants' convenience.

///

///

///

1

Stipulation to Continue Hearing Motion for Reconsideration           Case No. 1:14-cv-01106-MCE-MJS
of Order Granting Motion for Attorney Fees

## **RECITALS**

WHEREAS, on July 1, 2014, Plaintiffs filed their complaint in the Fresno County Superior Court.

WHEREAS, on July 15, 2014, Defendants removed Plaintiffs' action to this court. *Doc. Nos. 1-2*.

WHEREAS, on July 28, 2014, Defendants filed a motion to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. *Doc. Nos. 7-8*.

WHEREAS, on August 5, 2014, Plaintiffs filed a motion for remand, which included a request for costs in the form of attorney fees, pursuant to 28 U.S.C. § 1447, subdivision. (c).  *Doc. Nos. 11-15*.

WHEREAS, on November 24, 2014, the court issued a memorandum decision granting Plaintiffs' motion to remand, and ordering that Defendants pay Plaintiffs $7,500.00 in costs in the form of attorney fees. *Doc. No. 30*.

WHEREAS, on December 3, 2014, Defendants filed a Motion for Reconsideration of the aforementioned order with respect to the attorney fee award. *Doc. No. 31*.  The hearing for this motion is set for January 22, 2015, at 2:00 p.m. in Courtroom 7.

WHEREAS, the parties are currently seeking an informal resolution to Plaintiffs' action.

///
///
///
///
///
///
///
///
///

2

Stipulation to Continue Hearing Motion for Reconsideration          Case No. 1:14-cv-01106-MCE-MJS
of Order Granting Motion for Attorney Fees

# STIPULATION

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the hearing for Defendants' Motion for Reconsideration be continued to February 19, 2015, at 2:00 p.m., in Courtroom 7.

**IT IS SO STIPULATED.**

Dated:  December 30, 2014

        DANIEL C. CEDERBORG
        County Counsel

By:  /s/ Michael Linden
      Michael R. Linden, Deputy
      Attorneys for Defendants

Dated:  December 30, 2014

        ACLU of Northern California

By:  /s/ Novella Coleman
      Novella Coleman
      Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation to Continue Hearing Motion for Reconsideration of Order Granting Motion for Attorney Fees      Case No. 1:14-cv-01106-MCE-MJS